**George W. McKallip, Jr. OSB No. 84291**
skip@sussmanshank.com
**Laurie R. Hager, OSB No. 01271**
laurie@sussmanshank.com
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR  97205-3089
Telephone: (503) 227-1111
Facsimile: (503) 248-0130
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| MOLLY A. BROWN, | Case No. 6:06-CV-51-AA |
| Plaintiff, | STIPULATION FOR DISMISSAL |
| v. | |
| KINDER MORGAN BULK TERMINALS, INC., an active Louisiana corporation, and WEST COAST MARINE CLEANING, INC., an active Washington corporation, | |
| Defendants. | |

The parties hereby stipulate to dismiss the above-captioned action in its entirety, including all claims and cross-claims among and between the parties, with prejudice and without any attorney fees or costs awarded to any party.

DATED this ___ day of March, 2007.

SLATER ROSS

By: _____/s/ Christopher A. Slater_____
Christopher A. Slater, OSB No. 97398
Email: cslater@slaterross.com
Telephone: (503)227-2024
Attorneys for Plaintiff Molly A. Brown

/ / /

Page 1 – STIPULATION FOR DISMISSAL

WALLACE, KLOR & MANN, P.C.

By: ___/s/ Robert E. Babcock_____
  Robert E. Babcock, OSB No. 70006
  William A. Masters, OSB No. 73199
  E-mail: rbabcock@wallaceklormann.com
  Telephone: (503) 224-8949
  Attorneys for Defendant Kinder Morgan Bulk Terminals, Inc.

SUSSMAN SHANK LLP

By: ___/s/ Laurie R. Hager_____
  George W. McKallip, Jr., OSB No. 84291
  Email: skip@sussmanshank.com
  Laurie R. Hager, OSB No. 01271
  Telephone: (503) 227-1111
  Attorneys for Defendant West Coast Marine Cleaning, Inc.

F:\CLIENTS\18679\001\FEDERAL COURT PLEADINGS\P-STIPULATION FOR DISMISSAL.DOC

Page 2 – STIPULATION FOR DISMISSAL